UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
FEB 27 2018
CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Case No. 1:18-cr-00017-NT |
| | ) 18 U.S.C. § 844(e) |
| NINA MICHALSKI | ) |
| | ) |

## INFORMATION

The United States Attorney alleges:

### COUNT ONE
(Making Threats by Mail)

Between on about October 1, 2016 and on about February 11, 2017, in the District of Maine and elsewhere, defendant

### NINA MICHALSKI

willfully made a threat and maliciously conveyed false information, knowing the information to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate an individual and to unlawfully damage or destroy any building or other real or personal property by means of fire or an explosive, by using an instrument of interstate commerce. Specifically, **MICHALSKI** sent letters through the U.S. Mail from the District of Maine to three entities in the State of California, falsely claiming that bombs had been planted or would be planted in their buildings.

The defendant thus violated Title 18, United States Code, Section 844(e).

HALSEY B. FRANK
UNITED STATES ATTORNEY

Date: 14 FEBRUARY 2018

Chris Ruge
Assistant U.S. Attorney