AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:18-cr-00017-NT |
| NINA MICHALSKI | ) | |
| | ) | |
| *Defendant* | ) | |

*U.S. DISTRICT COURT*
*DISTRICT OF MAINE*
*BANGOR*
*RECEIVED & FILED*
**FEB 27 2018**
*CHRISTA K. BERRY, CLERK*
*BY _____ DEPUTY CLERK*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/27/2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Christopher Largay, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Nancy Torresen, U.S. Chief District Judge
*Judge's printed name and title*